# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY TALLEY VIALPANDO, *et al.,*<br><br>  Plaintiffs,<br><br>vs.<br><br>STRYKER CORPORATION, *et al.*,<br><br>  Defendants. | Case No. 2:10-cv-00028-LDG-PAL<br><br>**ORDER**<br><br>(Mtn for Exception - Dkt. #18) |

This matter is before the court on Defendants' letter to the court dated January 30, 2012, requesting that Defendants' representative, Ms. Adriana Agnihotri, be allowed to appear telephonically at the settlement conference currently scheduled for February 3, 2012, at 9:30 a.m. Ms. Agnihotri has experienced an unexpected death of a close family member and the funeral services are scheduled for February 2, 2012, in New Jersey, making it extremely difficult to attend the settlement conference in Las Vegas the morning of February 3, 2012. She will, however, make herself available by phone.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that the request for Defendants' representative, Ms. Adriana Agnihotri, to appear telephonically is **GRANTED.** Ms. Agnihotri shall be available telephonically for the duration of the settlement conference should the court need to speak with her and shall provide the number where she may be reached with Defendants' counsel.

Dated this 1st day of February, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE